UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CAROL J. THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cv-02559-MPB-TWP |
| | ) | |
| NANCY A. BERRYHILL Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 58**

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT.**

The Court, having found in favor of the Plaintiff Carol J. Thompson and against Defendant Nancy A. Berryhill, enters judgment in favor of Plaintiff and against Defendant. The Commissioner's decision is remanded under sentence four of 42 U.S.C. § 405(g) for further proceedings.

**Entered**: 9/19/2017

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Laura Briggs, Clerk

BY: _Tricia M. Blanford_
Deputy Clerk, U.S. District Court

Service will be made electronically on all ECF-registered counsel of record.